IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CESAR REYNALDO GARCIA MARTINEZ,

Petitioner,

vs.

WARDEN, Lincoln County Jail, et al.,

Respondents.

8:26-CV-527

ORDER

The petitioner has filed a motion to appoint counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Filing 5. But appointment of CJA counsel is limited to persons "financially unable to obtain adequate representation," § 3006A(1), and there is no evidence in the record permitting the Court to make that determination. Accordingly,

IT IS ORDERED that the Clerk of the Court provide the petitioner with a copy of this order and a copy of Form CJA-23.

Dated this 14th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge